**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
JEAN C. PHAN, State Bar No. 251711
DAVID SZWARCSZTEJN, State Bar No. 272371
8105 Irvine Center Drive, Suite 1070
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251

Attorneys for Plaintiff,
DELIA VALENZUELA

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DELIA VALENZUELA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TIME WARNER ENTERTAINMENT COMPANY, L.P., a Delaware limited partnership; TIME WARNER CABLE LLC, a Delaware limited liability company; and DOES 1 through 20 inclusive,<br><br>Defendant. | CASE NO.: EDCV 11-01349 VAP (OPx)<br><br>*Assigned for all purposes to:*<br>*Hon. Virginia A. Phillips*<br>*Courtroom 2*<br><br>**STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: July 20, 2011<br>Trial Date: Not yet set |

-1-

**STIPULATION FOR DISMISSAL**

WHEREAS, Plaintiff Delia Valenzuela filed a complaint in this matter on July 20, 2011, alleging eleven (11) causes of action, including: (1) Interference with Family Medical Leave Act Rights; (2) Failure to Guarantee Employment in Violation of Government Code § 12945.2; (3) Discrimination in Violation of Government Code § 12945.5; (4) Retaliation in Violation of Government Code § 12945.2; (5) Disability Discrimination in Violation of Government Code § 12940(a); (6) Retaliation in Violation of Government Code § 12940(h); (7) Wrongful Termination in Violation of Public Policy; (8) Unpaid Wages; (9) Failure to Pay Overtime Compensation in Violation of Labor Code § 510; (10) Waiting Time Penalties Pursuant to Labor Code § 203; and (11) Failure to Provide Accurate Wage Statements in Violation of Labor Code § 226(a).

WHEREAS, Plaintiff and the sole remaining defendant on this matter, Time Warner Entertainment-Advance/Newhouse, engaged in mediation on April 24, 2012.

WHEREAS, the parties have agreed to settle this case and have executed a written settlement agreement.

NOW THEREFORE, it is stipulated and agreed that this matter, and all causes of action, shall be and is hereby dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii).

Dated: August 17, 2012

AEGIS LAW FIRM, PC

By _____
Samuel A. Wong
Jean C. Phan
Attorneys for Plaintiff

Dated: August 17, 2012

WARGO FRENCH LLP

By _____
Mark Block
Attorneys for Defendant

IT IS SO ORDERED
Dated Oct 18, 2012

Virginia A. Phillips
United States District Judge

-2-

STIPULATION FOR DISMISSAL